AO 93 (Rev. 12/09) Search and Seizure Warrant   (USAO CDCA Rev. 01/2013)

# UNITED STATES DISTRICT COURT
for the
Central District of California

**ORIGINAL**

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*
A black suitcase with blue trim bearing Amtrak Lost Article Check #20-93-05, as described in Attachment A

) 
) 
) Case No.   2:18-MJ-02943
) 
) 
)

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Central_____ District of _____California_____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

See Attachment B

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property. Such affidavit(s) or testimony are incorporated herein by reference and attached hereto.

**YOU ARE COMMANDED** to execute this warrant on or before   __14 days from the date of its issuance__
*(not to exceed 14 days)*

☐ in the daytime 6:00 a.m. to 10 p.m.   ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge on duty at the time of the return through a filing with the Clerk's Office.
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30)*.
☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   11/2/2018   4:29 p.m.   _____
Judge's signature

City and state:   Los Angeles, California     Hon. Alexander F. MacKinnon
*Printed name and title*

AUSA: B. Balding, x2274

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

## Return

| Case No.: 2:18-MJ-02943 | Date and time warrant executed: 11/5/2018  10:00am (approx.) | Copy of warrant and inventory left with: |

Inventory made in the presence of:
Courtney Boeckman

Inventory of the property taken and name of any person(s) seized:
[Please provide a description that would be sufficient to demonstrate that the items seized fall within the items authorized to be seized pursuant to the warrant (e.g., type of documents, as opposed to "miscellaneous documents") as well as the approximate volume of any documents seized (e.g., number of boxes). If reference is made to an attached description of property, specify the number of pages to the attachment and any case number appearing thereon.]

See attached.

### Certification (by officer present during the execution of the warrant)

I declare under penalty of perjury that I am an officer who executed this warrant and that this inventory is correct and was returned along with the original warrant to the designated judge through a filing with the Clerk's Office.

Date: 12/3/18

Executing officer's signature

GEORGE KWAI / SPECIAL AGENT
Printed name and title

AUSA: B. Balding, x2274

## ATTACHMENT A

<u>ITEM TO BE SEARCHED</u>

The SUBJECT SUITCASE

A black suitcase with blue trim bearing Amtrak Lost Article Check #20-93-05. The suitcase has a silver emblem affixed to the front with the letters "OPLINE" on it.

i

## ATTACHMENT B

<u>ITEMS TO BE SEIZED</u>

The following items are to be seized from the suitcase described in Attachment A, which constitute evidence, fruits, and instrumentalities of violations of Title 21, United States Code, Sections 846 and 841(a)(1) (Conspiracy to Possess and Distribute and Possession with Intent to Distribute and Distribution of a Controlled Substance):

    a.    Any drugs;

    b.    Any counterfeit drugs;

    c.    Any documents, ledgers, or other writings related to drug trafficking;

    d.    Currency, money orders, bank checks, or similar monetary instruments in quantities over $1,000; and

    e.    Packaging material.

## RETURN FOR SEARCH WARRANT

This return is being submitted pursuant to Federal Rule of Criminal Procedure 41(f)(2) in relation to the court-authorized warrant in case no. 18-MJ-02943 (the "Warrant"). The Warrant was signed on November 2, 2018 by the Hon. Alexander MacKinnon, United States Magistrate Judge.

The Warrant authorized the search of a black suitcase with blue trim bearing Amtrak Lost Article Check #20-93-05 (the "SUBJECT SUITCASE"), as described in the Warrant. The warrant was executed on November 5, 2018 at approximately 10:00 a.m. and the following items were seized pursuant to the warrant:

1) The SUBJECT SUITCASE with various articles of clothing inside.
2) A package removed from the SUBJECT SUITCASE containing 801.3 grams of methamphetamine.

This inventory was prepared in the presence of Special Agent Courtney Boeckman. I declare under penalty of perjury that I am an officer involved in the execution of this warrant, that this is a true inventory of the search of the SUBJECT SUITCASE pursuant to the Warrant, and that this was returned along with the Warrant to the designated judge through a filing with the Clerk's Office.

_11/28/2018_
DATE

George Kwai, Task Force Officer
Drug Enforcement Administration